Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Sabrina N. Dodos, Esq.
Nevada State Bar No. 16846
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
sdodos@championlawvegas.com

*Counsel for Defendants Diamond Resorts Polo Development, LLC and Hilton Grand Vacations Company LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS POLO DEVELOPMENT, LLC, a Delaware Limited-Liability Company, and HILTON GRAND VACATIONS COMPANY LLC, a Delaware Limited-Liability Company,<br><br>Defendants. | Case No. 2:26-cv-00305-APG-BNW<br><br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendants Diamond Resorts Polo Development, LLC, and Hilton Grand Vacations Company LLC (collectively, "Defendants"), and Plaintiffs Juan Carlos Gil and Access 4 All, Inc. (collectively, "Plaintiffs") ("Plaintiffs" and "Defendants" together are the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows ("Stipulation"):

1.      Plaintiffs filed their Complaint (the "Complaint") on February 9, 2026, in the United States District Court for the District of Nevada. (Dkt. 1).

2.      The Defendants were served with the Complaint on February 12, 2026. (Dkt. 5-6). Defendants' responses are due on or before March 5, 2026.

3.      Given the infancy of this matter, Defendants' need for additional time to investigate

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

Plaintiffs' allegations and the Parties' interest in seeing if a non-litigated resolution can be reached in this case before the Parties incur substantial fees and costs, Plaintiffs have granted Defendants an extension of 15 days to respond to the Complaint, through March 20, 2026.

4.    Accordingly, the Parties stipulate and agree to a deviation of the answer deadlines set forth in FRCP 12(a)(1)(A) and FRCP 81(c)(2).

This Stipulation is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 3rd day of March 2026.

**IGLODY LAW**

By: /s/ Lee I. Iglody, Esq.
Lee I. Iglody, Esq.
Nevada State Bar No. 7757
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

*Counsel for Plaintiffs Juan Carlos Gil and Access 4 All, Inc.*

**CHAMPION LOVELOCK LAW**

By: /s/ Andrea M. Champion, Esq.
Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Sabrina N. Dodos, Esq.
Nevada State Bar No. 16846
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
achampion@championlawvegas.com
sdodos@championlawvegas.com

*Counsel for Defendants Diamond Resorts Polo Development, LLC and Hilton Grand Vacations Company LLC*

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: /s/ Kristen Barros, Esq.
Kristen Barros, Esq.
(*pro hac vice application pending*)
5600 Davie Road
Davie, Florida 33314
Tel: (954) 463-8100
ksomma@mineolaw.com

*Counsel for Plaintiffs Juan Carlos Gil and Access 4 All, Inc.*

///

///

///

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

2

Case No. 2:26-cv-00305-APG-BNW

## ORDER

**IT IS SO ORDERED** that the Hilton Defendants' answer deadline is currently extended through March 20, 2026 by agreement of the Parties.

_____
UNITED STATES MAGISTRATE JUDGE .
DATED: March 4, 2026

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119