Andrea M. Champion, Esq.
Nevada State Bar No. 13461
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com

*Counsel for Defendants Diamond Resorts Polo
Development, LLC and Hilton Grand Vacations
Company LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN CARLOS GIL, an individual, And ACCESS 4 ALL, INC., a Florida not for Profit Corporation | Case No. 2:26-cv-00305-APG-BNW |
| Plaintiffs, | **SECOND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| DIAMOND RESORTS POLO DEVELOPMENT, LLC, a Delaware Limited-Liability Company, and HILTON GRAND VACATIONS COMPANY LLC, a Delaware Limited-Liability Company, | |
| Defendants. | |

Defendants Diamond Resorts Polo Development, LLC, and Hilton Grand Vacations Company LLC (collectively, "Defendants"), and Plaintiffs Juan Carlos Gil and Access 4 All, Inc. (collectively, "Plaintiffs") ("Plaintiffs" and "Defendants" together are the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows ("Stipulation"):

1.     Plaintiffs filed their Complaint (the "Complaint") on February 9, 2026, in the United States District Court for the District of Nevada. (Dkt. 1).

2.     The Defendants were served with the Complaint on February 12, 2026. (Dkt. 5-6). Defendants responses were due on or before March 5, 2026.

3.     On March 4, 2026, the Court granted Defendants' first request for an extension of its responsive pleading deadline. Defendants' response is currently due on March 20, 2026. (Dkt. 11).

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

4.      Defendants require additional time to continue investigating Plaintiffs' allegations and the Parties' interest in seeing if a non-litigated resolution can be reached in this case before the Parties incur substantial fees and costs. Plaintiffs have granted Defendants an extension of 30 days to respond to the Complaint, through April 19, 2026.

5.      Accordingly, the Parties stipulate and agree to a deviation of the answer deadlines set forth in FRCP 12(a)(1)(A) and FRCP 81(c)(2).

This Stipulation is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 19th day of March 2026.

| **IGLODY LAW** | **CHAMPION LOVELOCK LAW** |
|---|---|
| By: /s/ *Lee I. Iglody*<br>Lee I. Iglody, Esq. (NV Bar 7757)<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>Tel: (702) 425-5366<br>lee@iglody.com | By: /s/ *Andrea M. Champion, Esq.*<br>Andrea M. Champion, Esq. (NV Bar 13461)<br>6600 Amelia Earhart Ct., Suite A<br>Las Vegas, Nevada 89119<br>Tel: (702) 805-8450<br>Fax: (702) 805-8451<br>scavaco@joneslovelock.com |
| *Counsel for Plaintiffs Juan Carlos Gil and Access 4 All, Inc.* | *Counsel for Defendants Diamond Resorts Polo Development, LLC and Hilton Grand Vacations Company LLC* |

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: /s/ *Kristen Barros*
Kristen Barros (*pro hac vice application pending*)
5600 Davie Road
Davie, FL 33314
Tel: (954) 463-8100
ksomma@mineolaw.com

*Counsel for Plaintiffs Juan Carlos Gil and Access 4 All, Inc.*

///

///

///

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

2

Case No. 2:26-cv-00305-APG-BNW

## ORDER

**IT IS SO ORDERED** that the Defendants' answer deadline is currently extended through April 19, 2026 by agreement of the parties.

_____

MAGISTRATE JUDGE BRENDA WEKSLER
DATED: March 20, 2026

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

3