Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Sabrina N. Dodos, Esq.
Nevada State Bar No. 16846
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
sdodos@championlawvegas.com

*Counsel for Defendants Diamond Resorts Polo
Development, LLC and Hilton Grand Vacations
Company LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation | Case No. 2:26-cv-00305-APG-BNW |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| DIAMOND RESORTS POLO DEVELOPMENT, LLC,  a Delaware Limited-Liability Company, and HILTON GRAND VACATIONS COMPANY LLC, a Delaware Limited-Liability Company, | |
| Defendants. | |

NOTICE is hereby given that Plaintiffs Juan Carlos Gil and Access 4 All, Inc. (collectively "Plaintiffs") and Defendants Diamond Resorts Polo Development, LLC and Hilton Grand Vacations Company LLC (collectively "Defendants") ("Plaintiffs" and "Defendants" together are the "Parties") have reached a global agreement to settle the claims alleged in the Complaint that was filed with this Court on February 9, 2026 [Dkt. No. 1].

///

///

///

///

The Parties anticipate completing the settlement documents and filing a Stipulation for Dismissal with the Court within the next thirty (30) days.

DATED this 15th day of June 2026.

**CHAMPION LOVELOCK LAW**

By: /s/ Andrea M. Champion, Esq.
Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Sabrina N. Dodos, Esq.
Nevada State Bar No. 16846
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
sdodos@championlawvegas.com

*Counsel for Defendants Diamond Resorts Polo Development, LLC and Hilton Grand Vacations Company LLC*

///

///

///

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

2

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of June 2026, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served by electronically submitting via the CM/ECF system to all parties on the service list.

By:   _/s/  Julie Linton_
                    An Employee of CHAMPION LOVELOCK LAW