Lee Iglody
Nevada State Bar No. 7757
**IGLODY LAW**
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

KRISTEN BARROS*
Florida State Bar No.: 1008492
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
KSomma@mineolaw.com
LHoyt@mineolaw.com
* pro hac vice.
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not-for-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS POLO DEVELOPMENT, LLC, a Delaware Limited-Liability Company, and HILTON GRAND VACATIONS COMPANY, LLC, a Delaware Limited-Liability Company,<br><br>Defendants. | **Case No.:** 2:26-cv-00305-APG-BNW<br><br>**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>** |

Plaintiffs, JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for profit corporation (hereinafter “Plaintiffs”), and Defendant, DIAMOND RESORTS POLO DEVELOPMENT, LLC, a Delaware Limited-Liability Company, and HILTON GRAND

VACATIONS COMPANY, LLC, a Delaware Limited-Liability Company., a domestic business corporation, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1), hereby joint stipulate to a dismissal of this action with prejudice.

Dated: August 20, 2026. \

Respectfully submitted,

/s/ Andrea M. Champion
Andrea M. Champion, Esq.
Sabrina N. Dodos, Esq.
CHAMPION LAW VEGAS
6600 Amelia Earhardt Ct., Suite A
Las Vegas, NV 89119
Ofc.: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
sdodas@championlawvegas.com
*Attorneys for Defendants, Diamond Resorts Polo Development, LLC And Hilton Grand Vacations Company, LLC*Pro hac vice approved.*

/s/ Kristen Barros
Kristen Barros, Esq.*
Florida State Bar No.: 1008492
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
KSomma@mineolaw.com
LHoyt@mineolaw.com
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2026, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ *Kristen Barros*

IT IS SO ORDERED:

Dated: August 24, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE